AMANDA L. GILBERT, Appellant, *v.* LEONHARD MICHEL, Respondent.

*Gilbert* v. *Michel*, 127 App. Div. 915, affirmed.
(Argued December 17, 1909; decided January 4, 1910.)

APPEAL from a judgment entered June 9, 1908, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which affirmed an interlocutory judgment of Special Term sustaining a demurrer to the complaint in an action of ejectment.

*James R. Bowen* and *Hugh McTernan* for appellant.

*Augustus Van Wyck* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.